# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN BROWN and SHANDRETTE BROWN<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CARRINGTON MORTGAGE SERVICES, LLC, et al<br><br>　　　　Defendants | Case No.: CIVS-10-1114-JAM-KJM<br><br>**ORDER RE:**<br><br>EX PARTE APPLICATION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT WITHIN A REASONABLE TIME |

　　The duly noticed Ex Parte Application et al. of Plaintiffs, Nathan Brown and Shandrette Brown, wherein said Plaintiffs requested leave to file a First Amended Complaint within a reasonable time, was contemplated by the Court. All notices required by law having been given and good cause appearing therefor,

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY ORDERED that Plaintiffs, Nathan Brown and Shandrette Brown, may file their First Amended Complaint on or before July 26, 2010.

Dated: July 6, 2010

/s/ John A. Mendez_____

JOHN A. MENDEZ

UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com