1    **Stuart B. Wolfe (SBN 156471)**
     **Feather D. Baron (SBN 252489)**
2    **fdbaron@wolfewyman.com**
     **WOLFE & WYMAN LLP**
3    **2175 N. California Blvd., Suite 645**
     **Walnut Creek, California 94596-3502**
4    **Telephone:  (925) 280-0004**
     **Facsimile:   (925) 280-0005**
5
     **Attorneys for Defendant**
6    **CARRINGTON MORTGAGE SERVICES, LLC**

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   NATHAN BROWN AND SHANDRETTE            Case No.:  2:10-cv-01114 JAM KJM
     BROWN,
12
                 Plaintiffs,               **ORDER GRANTING CARRINGTON**
13                                          **MORTGAGE SERVICES, LLC'S MOTION**
       v.                                   **TO DISMISS PLAINTIFFS' FIRST**
14                                          **AMENDED COMPLAINT, WITH**
     CARRINGTON MORTGAGE SERVICES, LLC      **PREJUDICE**
15   and DOES 1 to 20,
                                            Date:       November 3, 2010
16               Defendants.                Time:       9:30 a.m.
                                            Dept.:      Courtroom 6, 14th Floor
17
                                            Hon. John A. Mendez
18

19

20

21

22        Defendant CARRINGTON MORTGAGE SERVICES, LLC's (hereinafter, "Carrington")

23   Motion to Dismiss and Motion to Strike portions of the First Amended Complaint filed by Plaintiffs

24   NATHAN BROWN AND SHANDRETTE BROWN ("Plaintiffs") came on regularly for hearing on

25   November 3, 2010, at 9:30 a.m., in Courtroom 6 of the above-entitled Court.  Pier P. Caputo

26   appeared via telephone on behalf of Plaintiffs.  Feather D. Baron appeared on behalf of Carrington.

27

28

*WOLFE & WYMAN LLP*
*Attorneys & Counselors At Law*

                                            1

PDF created with pdfFactory trial version www.pdffactory.com

1    The Court, having read and considered the moving and opposing papers, as well as all

2    judicially noticeable facts and the oral argument of counsel, being fully advised, and good cause

3    appearing, ORDERS as follows:

4    Carrington's Motion to Dismiss is GRANTED.  Plaintiffs' First Amended Complaint fails to

5    state any claim upon which relief can be granted as to Carrington.  Any attempt by Plaintiffs to

6    amend the First Amended Complaint would be futile.  As such, Plaintiffs' First Amended Complaint

7    as against Carrington is hereby dismissed in its entirety, with prejudice and without leave to amend.

8    IT IS SO ORDERED.

9

10   DATED:  November 8,  2010

11
                                                    /s/ John A. Mendez_____
12                                                  The Honorable John A. Mendez
                                                    U.S. DISTRICT COURT JUDGE
13

14

15   APPROVED AS TO FORM:

16

17   _____

18   Pier P. Caputo
     Attorneys for Plaintiffs
19   NATHAN BROWN AND
     SHANDRETTE BROWN
20

21

22

23

24

25

26

27

28

**WOLFE & WYMAN LLP**
Attorneys & Counselors At Law

[PROPOSED] ORDER RE MOTION TO DISMISS & MOTION TO STRIKE
C:\Documents and Settings\HVine\Desktop\10cv1114.o.11810.doc U.S.D.C. Case No. 2:10-cv-01114 JAM KJM

PDF created with pdfFactory trial version www.pdffactory.com